# PD-0684-15



## WES MAU
### Criminal District Attorney
Hays County Government Center
712 South Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
(512)393-7600 FAX (512)393-2246
www.co.hays.tx.us

RECEIVED IN
COURT OF CRIMINAL APPEALS

July 15, 2015

ABEL ACOSTA, CLERK

Court Of Criminal Appeals
PO Box 12308
Eastland, TX 76448-0271

July 13, 2015

RE:  Court of Criminal Appeals Number:    PD-0684-15
     Court of Appeals Number:             11-11-00283-CR
     Trial Court Case Number:             CR-07-0802

STYLE: Tienda v. State

Dear Clerk:

This letter is in regard to appellate case number 11-11-00283-CR, styled Tienda v. State. The State withdraws its First Motion for Extension of Time in Which to File Petition for Discretionary Review, as it no longer intends to file a Petition for Discretionary Review.

Respectfully submitted,

Angie Roberts-Huckaby
Assistant Criminal District Attorney
Hays County, Texas
Hays County Government center
712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas 78666
angie.roberts@co.hays.tx.us
(512) 393-7600
(512) 393-2246 fax
State Bar No. 24081797